United States District Court
Southern District of Texas
**ENTERED**
November 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **SHABANI BARERA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-00661** |
| | § | |
| **WARDEN DETENTION FACILITY, ICE, *et al.*,** | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

Pending before the Court is Petitioner Shabani Barera's ("Petitioner") Emergency Motion for Immediate Release and Expedited Habeas Corpus Review, (Dkt. 16), filed on June 9, 2026 and signed by Petitioner on May 11, 2026.

On May 26, 2026, the Court dismissed without prejudice Petitioner's Petition for Writ of Habeas Corpus, (Dkt. 1). (Dkt. 14.) Petitioner was advised that he may re-file his petition if he remains in custody past the 90-day removal period prescribed in 8 U.S.C. § 1231(a)(2)(A) and if he can establish that his detention is unlawful under *Zadvydas v. Davis*. (*Id.* at 3–4); 533 U.S. 678, 689 (2001) (holding that individuals subject to a final order of removal can be detained for a presumably reasonable period of six months). On May 27, 2026, the Court entered final judgment. (Dkt. 15.) Although Petitioner signed and dated his Emergency Motion, (Dkt. 16), prior to the Court's May 26, 2026 Order, (Dkt. 14), the motion was docketed after the Court issued its Order and entered final judgment.

Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** Petitioner's Emergency Motion for Immediate Release and Expedited Habeas Corpus Review, (Dkt. 16). Petitioner is again

advised that he may re-file his petition if he can establish that his detention is unlawful under *Zadvydas*.

IT IS SO ORDERED.

SIGNED this November 20, 2026.

Diana Saldaña
United States District Judge